**No. 47780.**—Protests 986213–G, etc., of Heinsheimer Bros., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 the claim at only 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.